UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KOREY A. ALWOOD, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>LARRY RANDT, *et al.*, )<br>)<br>Defendants ) | CAUSE NO. 3:05-CV-292 RM |

OPINION AND ORDER

Korey A. Alwood, a *pro se* prisoner, submitted a motion pursuant to FED. R. CIV. P. 60(b)(1). Attached to this motion is a notarized affidavit from James Baker, a correctional counselor for the prison. Mr. Baker states that Mr. Alwood gave him a motion to dismiss this case without prejudice on July 11, 2005 (prior to this court's dismissal on the merits on July 21, 2005).

Because the complaint was not served in this case, the Indiana Attorney General did not enter an appearance. Nevertheless, the Indiana Attorney General will be granted time to respond to this motion.

For the foregoing reasons, the court:

(1) GRANTS the Indiana Attorney General to and including September 15, 2005 to respond to the pending Rule 60 motion; and

(2) DIRECTS the clerk to enclose a copy of that motion (docket # 10) along with the copy of this order that is mailed to Patricia Orloff Erdmann, Section Head, Civil Rights and Employment Litigation, Indiana Attorney General's Office.

SO ORDERED.

ENTERED: August 23 , 2005

                                              /s/ Robert L. Miller, Jr.
                                        Chief Judge
                                        United States District Court