UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KOREY A. ALWOOD, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:05-CV-292 RM |
| vs. ) | |
| ) | |
| LARRY RANDT, *et al.*, ) | |
| ) | |
| Defendants ) | |

## OPINION AND ORDER

Korey A. Alwood, a *pro se* prisoner, submitted a motion pursuant to FED. R. CIV. P. 60(b)(1). Attached to this motion is a notarized affidavit from James Baker, a correctional counselor for the prison. Mr. Baker states that Mr. Alwood gave him a motion to dismiss this case without prejudice on July 11, 2005 (prior to this court's dismissal on the merits on July 21, 2005). The defendants' response doesn't question the affidavit's accuracy or validity.

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Mr. Alwood was, on July 11th, entitled to dismiss this case without an order of the court because neither an answer nor a summary judgment motion had been filed by a defendant. Pursuant to Houston v. Lack, 487 U.S. 266 (1988), Jones v. Bertrand, 171 F.3d 499, 500 (7th Cir. 1999), and their progeny, the filing date for a document submitted by a prisoner is determined by when the prisoner hands his filing to prison officials for mailing. Though the court has still not yet received a copy of this filing, its description is self-explanatory in this case and the notarized affidavit of a prison official is sufficient evidence of its timely existence.

The defendants are correct that this case could be dismissed again if it were refiled. Still, when Mr. Alwood attempted to mail his motion to dismiss, he was entitled, as of right, to voluntarily dismiss this case without prejudice.

For the foregoing reasons, the court:

(1) **GRANTS** the Rule 60 motion (docket # 10);

(2) **VACATES** the screening order of July 20, 2005 (docket # 5) and the clerk's entry of judgment (docket #6);

(3) **DISMISSES** this case **WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(i); and

(4) **DIRECTS** the clerk to enter judgment pursuant to this order.

SO ORDERED.

ENTERED: September 7, 2005

    /s/ Robert L. Miller, Jr.
Robert L. Miller, Jr., Chief Judge
United States District Court